UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA URIBE,

          Plaintiff,

    v.

SANTA CLARA SHERIFF'S
DEPARTMENT OFFICERS, et al.,

          Defendants.

Case No. 25-cv-08391-RS (PR)

**ORDER OF DISMISSAL**

      Plaintiff has not complied with the Clerk's Notice or the Court's order to file an application to proceed *in forma pauperis* (IFP) or pay the filing fee.  (Dkt. Nos. 2 and 7.)  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion <u>must</u> (i) have the words MOTION TO REOPEN written on the first page; <u>and</u> (ii) be accompanied by a complete IFP application (a complete IFP application includes the Court's application form itself, a prison trust account statement showing transactions for the last six months, and a Certificate of Funds signed by an authorized prison officer), <u>or</u> by full payment for the $405.00 filing fee.  The Clerk shall enter judgment in favor of defendants, and close the file.

      **IT IS SO ORDERED.**

**Dated:**  January _7_, 2026

                                _____
                                RICHARD SEEBORG
                          Chief United States District Judge

United States District Court
Northern District of California